435 A.2d 1313

Bryant v. Kelly's Corner Discount Department Store, Appellant.

Petition for Allowance of Appeal Denied Nov. 6, 1981.

Argued December 5, 1980. Catharine Jasons, for appellant; Alan B. Epstein, for appellees.

Before PRICE, WATKINS and MONTGOMERY, JJ.

Order affirmed on the opinion of the lower court.

435 A.2d 1313

Commonwealth v. Angelucci, Appellant.

Submitted February 2, 1981. Norris E. Gelman, for appellant; Gaele McLaughlin Barthold, Assistant District Attorney, for Commonwealth, for appellee.

Before WICKERSHAM, POPOVICH and WATKINS, JJ.

Judgment of sentence affirmed.